438 A.2d 627

Commonwealth v. McKinney, Appellant.

Submitted March 10, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.

438 A.2d 627

Commonwealth v. Mika, Appellant.

Petition for Allowance of Appeal Denied Jan. 11, 1982.

Argued May 20, 1981. Joseph M. Gula, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence is hereby affirmed.